IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01242-RPM-CBS

WORTHALAND SUE BRAUER,

    Plaintiff,

v.

COMCAST LONG TERM DISABILITY PLAN, an employee benefit plan,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff Worthaland Sue Brauer's claims against Defendant Comcast Long Term Disability Plan should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2. That Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys fees and costs.

Dated this 24th day of January 2006.

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch
                    United States District Judge